

**The Law Offices of**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    **telephone:** 917.238.9332

May 4, 2026

**VIA ECF**
Hon. Naomi R. Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:** **United States v. Joshua Jenkins, S2 22 Cr. 253 (NRB)**
          Request to Release Mr. Jenkins' Passport

Dear Judge Buchwald:

    I represented Joshua Jenkins in the above captioned case. His United States Passport is currently in the possession of Pretrial Services, as per the conditions of his bond during the pendency of his case. His case has since been resolved as Mr. Jenkins was sentenced to time served on January 29, 2026. Upon request from pretrial services, Mr. Jenkins was told that pretrial services could only release his passport pursuant to a Court order. Accordingly, Mr. Jenkins respectfully requests that this Court please order pretrial services to release Mr. Jenkins's passport to Mr. Jenkins.

    Thank you for Your Honor's consideration.

                           Respectfully Submitted,

                           Esere J. Onaodowan, Esq.
                           Counsel for Joshua Jenkins

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      May 6, 2026